UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>MARTIN ALEJANDRO FLORES,<br><br>  Defendant. | CASE NO.:  20-cr-03040-JLS<br><br>**ORDER TO CONTINUE MOTION HEARING/TRIAL SETTING; AND EXCLUDE TIME UNDER SPEEDY TRIAL ACT** |

Pursuant to joint motion, **IT IS HEREBY ORDERED** that Mr. Flores' Motion Hearing/Trial Setting currently scheduled for April 23, 2021 at 1:30 p.m. be continued to **May 28, 2021 at 1:30 p.m.**

For the reasons set forth in the joint motion, the Court finds that time is excludable and that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial.

**SO ORDERED.**

Dated: April 20, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge